# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephen Phillips and Mary Tourville-Phillips, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>Caliber Home Loans,<br><br>        Defendant. | Case No.: 19-cv-2711-WMW-LIB<br><br>**ORDER** |

On December 11, 2020, the parties filed an Unopposed Joint Motion to Vacate the Scheduling Order and Stay Proceedings Pending Mediation [Docket No. 62]. Based upon review of the files and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The Parties' Unopposed Joint Motion to Vacate the Scheduling Order and Stay Proceedings Pending Mediation [Docket No. 62] is GRANTED;

2. The above entitled action is hereby STAYED until Monday, February 8, 2021. All deadlines are VACATED; and

3. The parties shall file a Joint Status Report on CM/ECF, by no later than February 8, 2021, addressing the status of the mediation, and whether a scheduling conference should be set in anticipation of continued litigation.

DATED:  December 14, 2020                      s/Leo I. Brisbois
                                                      Hon. Leo I. Brisbois
                                                      U.S. MAGISTRATE JUDGE