# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| STEPHEN PHILLIPS and MARY TOURVILLE-PHILLIPS, On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIBER HOME LOANS,<br><br>Defendant. | Case No.: 19-cv-02711-WMW-LIB<br><br>**PARTIES' UNOPPOSED JOINT MOTION TO CONTINUE THE STAY OF THE PROCEEDINGS PENDING MEDIATION** |

Plaintiffs Stephen Phillips and Mary Tourville-Phillips ("Plaintiffs") and Defendant Caliber Home Loans, Inc. ("Caliber") (together, the "Parties") respectfully file this Unopposed Joint Motion to Continue the Stay of the Proceedings Pending Mediation.

As set forth in the Parties' Unopposed Joint Motion to Vacate the Scheduling Order and Stay Proceedings Pending Mediation (Dkt. No. 62), the parties desire to try to mediate a settlement of Plaintiffs' claims. The parties' mediation has been rescheduled for Wednesday, March 31, 2021. In order to avoid unnecessary expenses while the parties engage in mediation that might conserve the parties' resources and promote judicial economy, the parties request a continuance of the stay of the proceedings.

The parties propose filing a status report with the Court on Friday, April 9, 2021, advising the Court on the status of their mediation. Should the efforts to resolve this case prove unsuccessful, the parties will propose an amended scheduling order for the Court's consideration.

151416501.1

Dated: February 8, 2021                    Respectfully submitted,

By: s/ *E. Lee Lowther III*
**CARNEY BATES & PULLIAM, PLLC**
E. Lee Lowther III (*admitted pro hac vice*)
llowther@cbplaw.com
Randall K. Pulliam (*admitted pro hac vice*)
rpulliam@cbplaw.com
Hank Bates (*admitted pro hac vice*)
hbates@cbplaw.com
519 W. 7th St.
Little Rock, AR 72201
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

Daniel E. Gustafson (#202241)
dgustafson@gustafsongluek.com
David Goodwin (#386715)
dgoodwin@gustafsongluek.com
Mickey Stevens (#398549)
mstevens@gustafsongluek.com
**GUSTAFSON GLUEK PLLC**
220 South Sixth Street #2600
Minneapolis, MN 55402
Telephone: (612) 333-8844

James L. Kauffman (*admitted pro hac vice*)
jkauffman@baileyglasser.com
**BAILEY & GLASSER, LLP**
1055 Thomas Jefferson Street, Suite 540
Washington, DC 20007
Telephone: (202) 463-2101

Elizabeth Ryan (*admitted pro hac vice*)
eryan@baileyglasser.com
**BAILEY & GLASSER, LLP**
99 High Street, Suite 304
Boston, MA 02110
Telephone: (617) 439-6730

*Counsel for Plaintiffs Stephen Phillips And Mary Tourville-Phillips*

151416501.1

*/s/ Christopher J. Knapp*
Christopher J. Knapp
**BARNES & THORNBURG LLP**
225 South 6th Street, Suite 2800
Minneapolis, MN 55402-4662
Telephone: 612.367-8774
Christopher.Knapp@btlaw.com

Kristine E. Kruger
**PERKINS COIE LLP**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-3111
KKruger@perkinscoie.com

Thomas Abbott
**PERKINS COIE LLP**
505 Howard Street Suite 1000
San Francisco, CA 94105
Telephone: (415) 344-7099
TAbbott@perkinscoie.com

*Attorneys for Defendant*
*Caliber Home Loans, Inc.*

151416501.1