## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| STEPHEN PHILLIPS and MARY TOURVILLE-PHILLIPS, On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIBER HOME LOANS,<br><br>Defendant. | Case No.: 19-cv-02711-WMW-LIB<br><br>**[PROPOSED] STAY ORDER** |

**IT IS HEREBY ORDERED AND ADJUDGED**:

The Court hereby determines that in the interest of conserving the parties' resources and promoting judicial economy, the parties' Unopposed Joint Motion to Continue the Stay of the Proceedings Pending Mediation (Dkt. No. 65) is GRANTED, and this action is hereby STAYED until Friday, April 9, 2021. All deadlines are VACATED. The parties shall file a Status Report with this Court on or before Friday, April 9, 2021, addressing the status of the mediation and whether a scheduling conference should be set in anticipation of continued litigation. Should the parties come to a resolution during the stay, they shall notify the court immediately.

**IT IS SO ORDERED.**

Dated: _____, 2021.   By: _____
                                        United States District Judge

151416546.1