# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| STEPHEN PHILLIPS, MARY TOURVILLE-PHILLIPS, SANDI BARNETT, GREGORY BENJAMIN, TYRUS DAVIS, and CHRISTOPHER BINGHAM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIBER HOME LOANS, INC.<br><br>Defendant. | Case No. 19-cv-02711-WMW-LIB<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION FOR EXTENSION OF PLAINTIFFS' DEADLINE TO MOVE FOR PRELIMINARY APPROVAL OF THE PARTIES' CLASS SETTLEMENT** |

Before the Court is the Parties' joint motion for an extension of the deadline to move for preliminary approval of the Parties' class-action settlement Docket No. [75]. For good cause shown, the Court grants the motion. Plaintiffs shall move for preliminary approval on or before May 7, 2021.

IT IS SO ORDERED.

_____
Hon. Leo I. Brisbois
United States Magistrate Judge


_____
Date