## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| STEPHEN PHILLIPS, MARY TOURVILLE-PHILLIPS, SANDI BARNETT, GREGORY BENJAMIN, TYRUS DAVIS, and CHRISTOPHER BINGHAM, on behalf of themselves and all others similarly situated, | Case No.: 19-cv-02711-WMW-LIB |
|         Plaintiffs, | |
| v. | |
| CALIBER HOME LOANS, INC. | |
|         Defendant. | |

## UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Stephen Phillips, Mary Tourville-Phillips, Sandi Barnett, Gregory Benjamin, Tyrus Davis and Christopher Bingham ("Plaintiffs" or "Settlement Class Representatives"), by counsel and on behalf of themselves and the putative Class Members, submit this Unopposed Motion for Preliminary Approval of Class Action Settlement. Plaintiffs and Defendant Caliber Home Loans, Inc. ("Caliber" or "Defendant") by counsel, have reached a proposed settlement (the "Settlement") in this class action (the "Action"). Plaintiffs request the Court enter an Order:

(i) granting preliminary approval of the proposed Settlement;

(ii) conditionally certifying the Settlement Class for settlement purposes only;

(iii) appointing Plaintiffs as Settlement Class Representatives;

(iv) approving Plaintiffs' Counsel as counsel for the Settlement Class;

(v) directing that notice of the proposed Settlement be given to members of the Settlement Class in the proposed form and manner; and

(vi) scheduling a hearing before the Court to determine whether the proposed Settlement should be finally approved.

Grounds for this Motion are set forth in the accompanying Memorandum.

The following are filed herewith:

Declaration of James L. Kauffman. The Parties' Settlement Agreement is attached as Exhibit 1 to the Declaration of Mr. Kauffman.

Declaration of Randall K. Pulliam; and

Declaration of Hassan A. Zavareei.

For the reasons set forth more particularly in the accompanying memorandum in support, Plaintiffs request that the Court grant this Motion.

Dated: May 14, 2021

Respectfully submitted,

*/s/ Elizabeth Ryan*
Elizabeth Ryan
**BAILEY & GLASSER LLP**
176 Federal Street, 5th Floor
Boston, MA 02110
Telephone: (617) 439-6730
Facsimile: (617) 951-3954
eryan@baileyglasser.com

Randall K. Pulliam
Hank Bates
E. Lee Lowther III
**CARNEY BATES & PULLIAM, PLLC**
519 W. 7th St.
Little Rock, AR 72201
Telephone: (501) 312-8500
Facsimile: (501) 312-8505
rpulliam@cbplaw.com
hbates@cbplaw.com
llowther@cbplaw.com

Daniel E. Gustafson (#202241)
David Goodwin (#386715)
Mickey Stevens (#398549)
**GUSTAFSON GLUEK PLLC**
220 South Sixth Street #2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
mstevens@gustafsongluek.com

Hassan A. Zavareei
Kristen G. Simplicio
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, D.C. 20036
Phone: (202) 973-0900
Fax: (202) 973-0950
hzavareei@tzlegal.com
ksimplicio@tzlegal.com

James L. Kauffman
**BAILEY & GLASSER LLP**
1055 Thomas Jefferson St. NW Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
jkauffman@baileyglasser.com

***Counsel for Plaintiffs***

3